**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**DEL WRICK COLEMAN**                                                  **PLAINTIFF**

v.                      **CASE NO: 2:14CV00087 BSM**

**BENJAMIN R. WOODARD**                                       **DEFENDANTS**

**ORDER**

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been received. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Accordingly, plaintiff's motion for a temporary restraining order and preliminary injunction [Doc. No. 10] is denied.

IT IS SO ORDERED this 6th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE