IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**DELWRICK COLEMAN**                                                                                          **PLAINTIFF**
**ADC #656538**

**v.**                                        **CASE NO. 2:14CV00087 BSM**

**BENJAMIN R. WOODARD**                                                                                   **DEFENDANT**

## ORDER

The Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young has been received. No objections have been filed. After careful consideration, the court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety.

IT IS THEREFORE ORDERED THAT plaintiff's motion for summary judgment [Doc. No. 34] is denied.

DATED this 2nd day of February 2015.

_____
UNITED STATES DISTRICT JUDGE