**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DELWRICK COLEMAN**                                                                **PLAINTIFF**
**ADC #656538**

**v.**                                        **CASE NO. 2:14CV00087 BSM**

**BENJAMIN R. WOODARD**                                                            **DEFENDANT**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been received, along with the objections filed thereto.  After careful consideration and a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1.      Defendant's motion for summary judgment [Doc. No. 46] is granted, and plaintiff's complaint is dismissed.

2.      Plaintiff's complaint is dismissed without prejudice with respect to his state law claims, and dismissed with prejudice in all other respects.

3.      Plaintiff's motion for partial summary judgment [Doc. No. 54] is denied.

4.      It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of March 2015.

_____
UNITED STATES DISTRICT JUDGE